# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:17CV7 HEA |
| | ) | |
| NIKKI FORD, | ) | |
| | ) | |
| Defendant, | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on defendant's motion for extension of time to file an answer. The motion is granted.

Defendant is travelling to the Mayo Clinic in Rochester, Minnesota on August 21, 2017, for neurological treatment and possible surgery. Additionally, she wishes to pursue a settlement with plaintiff. The Court finds that it is in the interests of justice to stay these proceedings during her treatment at the Mayo Clinic.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for extension of time to file an answer (Doc. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for default judgment (Doc. 10) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Clerk is directed to administratively terminate this action.

**IT IS FURTHER ORDERED** that this case is **STAYED**.

**IT IS FURTHER ORDERED** that, no later than **September 21, 2017**, defendant must notify the Court of the status of her treatment.

Dated this 4th day of August, 2017

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE